CR-08 00402 HRL
RMW

# UNITED STATES DISTRICT COURT *FILED*

## NORTHERN DISTRICT OF CALIFORNIA

2008 JUN 18 P 1:47

### *SAN JOSE DIVISION*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*E-FILING*

## THE UNITED STATES OF AMERICA
### *vs.*

SEE COVER SHEET ATTACHMENT

# INDICTMENT

## SEE COVER SHEET ATTACHMENT

*A true bill.*

*Foreperson*

**Filed in open court this** 18 **day of** June

**A.D. 2008**

UNITED STATES MAGISTRATE JUDGE

(c)
rmw

**Bail. $** No process required.

ATTACHMENT TO INDICTMENT COVER SHEET

U.S.

v.

## JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN..

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN.

**COUNTS THREE THROUGH TWENTY-TWO:** Title 18, United States Code, Section 1957 - Monetary Transactions Using Criminally Derived Property

DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN.

**COUNT TWENTY-THREE THROUGH FIFTY-EIGHT:**  Title 31, United States Code, Section 5324(a)(3) – Structuring.

DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN

**COUNTS FIFTY-NINE THROUGH SIXTY-THREE:** Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1)-Money Laundering Forfeiture.

    **DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN**

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317(c) – Structuring Forfeiture

    **DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN**

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

**FILED**

2008 JUN 18 P 1:47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RMW**

UNITED STATES OF AMERICA,

**CR №08   00402**

**HRL**

                 Plaintiff,

        v.

JULES MINH SON VO,
NHU MAI NGUYEN,
TAN MINH VO,
KEVIN VO,
NGUYEN NHU TRAN, and
RICHARD KHOI TRAN,

                 Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

VIOLATIONS:

Title 18 U.S.C § 371 – Conspiracy to
Commit Interstate Transportation of Stolen
Property;18 U.S.C. § 1956(h) – Conspiracy
to Commit Money Laundering; 18 U.S.C. §
1957 – Engaging in Monetary Transactions
Using Criminally Derived Property;
18 U.S.C. § 2314 – Interstate Transportation
of Stolen Property; 31 U.S.C. § 5324(a) –
Structuring Financial Transactions;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §
2461(c) - Forfeiture of Criminally Derived
Proceeds; 18 U.S.C. § 982(a)(1) – Money
Laundering Forfeiture

SAN JOSE VENUE

<u>I N D I C T M E N T</u>

The Grand Jury charges that:

**COUNT ONE:**        (18 U.S.C. § 371 – Conspiracy to Commit Interstate Transportation of
                         Stolen Property)

        1.        Beginning no later than in or about December, 2005, and continuing until June 4,

2008, within the Northern District of California and elsewhere, the defendants,

INDICTMENT

JULES MINH SON VO,
NHU MAI NGUYEN,
TAN MINH VO,
KEVIN VO,
NGUYEN NHU TRAN, and
RICHARD KHOI TRAN,

did knowingly conspire with each other, and with other persons both known and unknown to the grand jury, to commit an offense against the United States, to wit: a violation of 18 U.S.C. § 2314, in that the defendants, and each of them, did agree to transport in interstate commerce merchandise of a value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud.

<u>MANNER AND MEANS</u>

2.     The defendants (referred to in this indictment, collectively, as "the Vo organization") conspired to acquire and distribute over-the-counter health and beauty (OTC/HB) products, which they knew to have been stolen from major chains including Safeway, Target, Walgreens, Walmart, Longs Drugs, Raleys/Nob Hill, Save Mart, and other stores, and then to sell those products in interstate commerce.  The OTC/HB products, including such items as analgesics and cough and cold medications, razor blades, camera film, batteries, beauty products, infant formula, and oral care products, were stolen by organized crews of professional shoplifters, also known as "boosters."  The boosters would and did sell their stolen merchandise to intermediaries, known as "fences," who would in turn sell the product to wholesale distributors located outside of California.  The distributors completed the circle by selling the stolen merchandise back to retailers.  As part of the conspiracy, the boosters, fences, and wholesale distributors would "clean" the stolen property by removing any identifying price labels, store security tags, and other distinguishing markings, so that the ultimate (re)purchasers would not know that they were buying stolen products.

3.     The Vo organization used a legitimate-appearing business, JV Tools and Wholesale ("JV Tools"), a hardware store with two locations (1249 Old Bayshore Highway and 2000 Senter Road, both in San Jose) as "fronts" for the fencing operation.  Stolen product was delivered to one of the two JV Tools locations, where it was sorted, cleaned, and prepared for

INDICTMENT                                   2

1  shipping.

2  <u>ROLES OF THE CONSPIRATORS</u>

3      4.    The role of each defendant in the conspiracy is generally described as follows:

4      a.    Jules Minh Son Vo ("Jules Vo") was the leader of the criminal

5  organization. He owned JV Tools, which served both as hub and front for the purchase and

6  distribution of stolen merchandise.  He also employed family members to carry out various roles

7  in furtherance of the conspiracy, and engaged in financial transactions designed to conceal the

8  nature, source, ownership and control of the funds the organization received from the sales of

9  stolen property.  Those funds were also used to pay boosters for additional stolen product,

10  thereby promoting the continued operation of the illegal enterprise.

11      b.    Nhu Mai Nguyen ("Mai Nguyen") lived with Jules Vo.  She was the

12  "buyer" for the organization, responsible directly for buying stolen OTC/HB merchandise from

13  boosters and delivering it to one of the two JV Tools locations.  Mai Nguyen also advised

14  boosters as to what products she wanted to buy and what she would pay for them.

15      c.    Tan Minh Vo ("Tan Vo") was one of Jules Vo's sons.  Tan Vo worked at

16  both JV Tools stores and, after the Senter Road location was opened in 2007, ran the day-to-day

17  operations at that store, which was also registered in his name.  Tan Vo assisted his father with

18  the receiving, sorting, and shipping of stolen merchandise to locations outside of California,

19  primarily to distributors in New York and Florida.

20      d.    Kevin Vo, another of Jules Vo's sons, assisted his father with the

21  receiving, sorting, and shipping of stolen merchandise to locations outside of California,

22  primarily to distributors in New York and Florida.

23      e.    Nguyen Nhu Tran ("Nguyen Tran"), one of Mai Nguyen's sons, operated

24  Comosuperstore, an online business that sold stolen OTC/HB merchandise.  Nguyen Tran also

25  engaged in financial transactions designed to conceal the nature, source, ownership and control

26  of the funds he received from the sales of stolen property.  Those funds were also used to pay

27  boosters for additional stolen product, thereby promoting the continued operation of the illegal

28  enterprise.

f.    Richard Khoi Tran ("Richard Tran"), another of Mai Nguyen's sons, assisted with the receiving, sorting, and shipping of stolen merchandise to locations outside of California, primarily to distributors in New York and Florida. He also worked for the online retailer, Comosuperstore, and owned a residence at 2534 Brahms Avenue, in San Jose, as a nominee for Jules Vo.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

5.    During the course of the conspiracy, and in order to accomplish its objectives, the defendants and other unindicted co-conspirators knowingly committed, and caused to be committed, the following overt acts, among others, in the Northern District of California, and elsewhere:

a.    On January 11, 2006, Mai Nguyen took a garbage bag full of stolen OTC/HB merchandise into her residence at 1164 Bendmill Way in San Jose.

b.    On January 15, 2006, Richard Tran sold OTC/HB merchandise from the back of a van at the San Jose flea market.

c.    On March 15, 2006, Mai Nguyen purchased purportedly-stolen OTC/HB merchandise from an undercover San Jose Police Department ("SJPD") officer.

d.    On March 22, 2006, Mai Nguyen again purchased purportedly-stolen OTC/HB merchandise from an undercover San Jose Police Department ("SJPD") officer.

e.    On March 31, 2006, Mai Nguyen drove a minivan containing stolen merchandise to the JV Tools store at 1249 Old Bayshore Highway.

f.    On March 31, 2006, Jules Vo and Tan Vo unloaded stolen merchandise from the van driven by Mai Nguyen.

g.    On April 13, 2006, Mai Nguyen again purchased purportedly-stolen OTC/HB merchandise from an undercover San Jose Police Department ("SJPD") officer.

h.    On April 14, 2006, Jules Vo and Tan Vo carried garbage bags into the JV Tools store at 1249 Old Bayshore Highway.

g.    On April 14, 2006, Mai Nguyen, Kevin Vo, and Tan Vo sorted stolen property at the JV Tools store at 1249 Old Bayshore Highway.

1    h.    On April 14, 2006, Tan Vo sold a stolen box of Claritin to an undercover

2 SJPD officer for $8.00.

3    i.    On January 12, 2007, Mai Nguyen and Tan Vo unloaded approximately 46

4 boxes from a van and stacked them onto a pallet.

5    j.    On January 12, 2007, Mai Nguyen and Nguyen Tran loaded a van with

6 boxes, after which Nguyen Tran drove to the JV Tools store on Old Bayshore and unloaded the

7 van with the assistance of Kevin Vo.

8    k.    On March 26, 2008, Jules Vo, Nguyen Tran, and Tan Vo watched workers

9 clean and sort stolen property at the JV Tools store on Senter Road.

10    l.    On June 4, 2008, Richard Tran possessed a van loaded with approximately

11 four pallets of stolen OTC/HB merchandise.

12    m.    On June 4, 2008, Jules Vo possessed approximately nine pallets of stolen

13 OTC/HB merchandise at his residence.

14    n.    On February 17, 2006, a trucking company picked up a pallet of

15 merchandise from the JV Tools store on Old Bayshore and drove it to an shipping company in

16 Fremont, California.

17    o.    On or about March 21, 2006, "JV Wholesale (Comosuperstore)" shipped

18 one pallet containing 30 boxes of stolen OTC/HB merchandise to "KMD Distributor, ATTN:

19 Todd, 3520 Hargale Road, Oceanside, New York 11572." Tan Vo signed the shipping

20 document.

21    p.    On or about March 28, 2006, "JV Wholesale" shipped OTC/HB

22 merchandise, including purportedly stolen items Mai Nguyen had purchased from an undercover

23 SJPD officer, to "KMD Distributor, ATTN: Todd, 3520 Hargale Road, Oceanside, New York

24 11572." Tan Vo signed the shipping document.

25    q.    On or about April 11, 2006, "JV (Comosuperstore)" shipped one pallet

26 containing 30 boxes of stolen OTC/HB merchandise to "KMD Distributor, ATTN: Todd, 3520

27 Hargale Road, Oceanside, New York 11572." Tan Vo signed the shipping document.

28    r.    On or about April 26, 2006, "JV Wholesale (Comosuperstore)" shipped

1    stolen OTC/HB merchandise, including purportedly stolen items Mai Nguyen had purchased

2    from an undercover SJPD officer on March 15, 2006, to "KMD Distributor, ATTN: Todd, 3520

3    Hargale Road, Oceanside, New York 11572."

4              s.    On or about May 16, 2006, "JV Wholesale" shipped 20 boxes of OTC/HB

5    merchandise, including 30 items Mai Nguyen had purchased from an undercover SJPD officer on

6    May 4, 2006, to an address in Florida.

7              t.    On or about January 19, 2007, Comosuperstore delivered OTC/HB items,

8    ordered online by an undercover SJPD officer, to an address in Texas.  The shipment had a return

9    address label of "Comosuperstore.com, ATTN: Richard, 1237 Old Bayshore Highway, San Jose,

10   CA."

11        All in violation of Title 18, United States Code, Sections 371 and 2314.

12

13   **COUNT TWO:**      (18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering)

14        6.    The factual allegations contained in paragraphs 2 through 5 of Count One, and the

15   transactions alleged in Counts Three through Twenty-Two of this Indictment, are re-alleged and

16   incorporated as if fully set forth here.

17        7.    Beginning no later than on or about January 1, 2006, and continuing at least until

18   May 14, 2008, within the Northern District of California and elsewhere, the defendants,

19

20                      JULES MINH SON VO,
                        NGUYEN NHU TRAN, and
21                      RICHARD KHOI TRAN,

22   did knowingly conspire with each other, and with other persons both known and unknown to the

23   grand jury, to commit offenses against the United States in violation of Title 18, United States

24   Code, Sections 1956 and 1957, to wit:

25              a.    knowing that property involved in a financial transaction represented the

26   proceeds of some form of unlawful activity, and which property was in fact the proceeds of

27   specified unlawful activity, *i.e.*, interstate transportation of stolen property, defendants conducted

28   financial transactions with the intent to promote the carrying on of that specified unlawful

1    activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and

2              b.       knowing that property involved in a financial transaction represented the

3    proceeds of some form of unlawful activity, and which property was in fact the proceeds of

4    specified unlawful activity, *i.e.*, interstate transportation of stolen property, defendants conducted

5    financial transactions knowing that those transactions were designed in whole and in part to

6    conceal and disguise the nature, location, source, ownership, and control of the proceeds of that

7    specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and

8              c.       knowing that property involved in a financial transaction represented the

9    proceeds of some form of unlawful activity, and which property was in fact the proceeds of

10   specified unlawful activity, *i.e.*, interstate transportation of stolen property, defendants conducted

11   financial transactions knowing that those transactions were designed in whole and in part to

12   avoid a transaction reporting requirement under Federal law, in violation of 18 U.S.C. §

13   1956(a)(1)(B)(ii).

14             d.       defendants knowingly engaged in monetary transactions by, through, and

15   to a financial institution, affecting interstate commerce, in criminally derived property of a value

16   greater than $10,000, said property having in fact been derived from specified unlawful activity,

17   *i.e.*, interstate transportation of stolen property, in violation of Title 18, United States Code,

18   Section 1957.

19                              <u>MANNER AND MEANS</u>

20        8.      The objectives, manner, and means of the conspirators in carrying out the money

21   laundering conspiracy included the following:

22             a.       Using multiple bank accounts, in a process known as "layering," to

23   transfer and withdraw funds in order to evade detection by law enforcement.

24             b.       Structuring currency deposits and withdrawals in amounts under the

25   $10,000 federal currency reporting threshold in order to prevent financial institutions from filing

26   Currency Transaction Reports ("CTRs") as required by law, and thereby to avoid detection by the

27   Internal Revenue Service and other law enforcement authorities.

28             c.       Using a seemingly legitimate business, JV Tools and Wholesale, as a front

INDICTMENT                              7

in order to create the appearance that the proceeds of the illegal enterprise were lawfully-obtained proceeds of that business.

9.    In order to accomplish the objectives of the conspiracy, the defendants engaged in the following financial transactions, among others:

| DATE | FROM | TO | AMOUNT | DESCRIPTION |
|------|------|-----|--------|-------------|
| 03/27/2006 | KMD | Comosuperstore | $ 39,300.00 | Check from KMD to Comosuperstore |
| 03/30/2006 | Comosuperstore | Bank of America | $ 30,000.00 | Check from KMD to Bank of America |
| 04/04/2006 | | | $ 9,500.00 | Cash Withdrawal |
| 04/11/2006 | KMD | Comosuperstore | $ 44,300.00 | Check from KMD to Comosuperstore |
| 04/12/2006 | Comosuperstore | Bank of America | $ 30,000.00 | Check from KMD to Bank of America |
| 04/13/2006 | Comosuperstore | Bank of America | $ 10,000.00 | Check from KMD to Bank of America |
| 04/17/2006 | | | $ 9,500.00 | Cash Withdrawal |
| 04/26/2006 | KMD | Comosuperstore | $ 30,473.00 | Check from KMD to Comosuperstore |
| 04/27/2006 | Comosuperstore | Bank of America | $ 27,401.00 | Bank of America |
| 09/29/2006 | KMD | Comosuperstore | $ 43,474.00 | Check from KMD to Comosuperstore |
| 10/17/2006 | KMD | Comosuperstore | $ 45,648.00 | Wire from KMD to Comosuperstore |
| 10/17/2006 | | | $ 9,500.00 | Cash Withdrawal |
| 10/18/2006 | | | $ 9,500.00 | Cash Withdrawal |
| 10/22/2006 | Comosuperstore | Jules Vo | $ 30,000.00 | Check to Vo from Comosuperstore |
| 10/22/2006 | | | $ 9,500.00 | Cash Withdrawal |
| 10/23/2006 | Comosuperstore | Jules Vo | $ 9,000.00 | Check from Comosuperstore to Vo |
| 10/23/2006 | Comosuperstore | Jules Vo | $ 9,000.00 | Check to Vo from Comosuperstore |
| 10/30/2006 | KMD | Comosuperstore | $ 44,651.00 | Wire from KMD to Comosuperstore |
| 10/30/2006 | Comosuperstore | Richard Tran | $ 9,000.00 | Check from Comosuperstore to Richard Tran |
| 10/30/2006 | Comosuperstore | JV | $ 20,000.00 | Check from Comosuperstore to JV |
| 01/12/2006 | OTC Distributors | JV Tools | $ 35,000.00 | Wire from OTC to JV Tools |
| 01/12/2006 | | | $ 10,000.00 | Cash Withdrawal |
| 01/12/2006 | | | $ 10,000.00 | Cash Withdrawal |
| 01/12/2006 | JV Tools | Martha Estrada | $ 5,000.00 | Check from JV Tools to Martha Estrada |
| 01/12/2006 | JV Tools | Martha Estrada | $ 4,000.00 | Check from JV Tools to Martha Estrada |
| 01/13/2006 | JV Tools | Martha Estrada | $ 5,000.00 | Check from JV Tools to Martha Estrada |

| 06/13/2006 | Comosuperstore | JV Tools | $ 30,000.00 | Check from Como-superstore to JV Tools |
|---|---|---|---|---|
| 06/13/2006 | | | $ 5,000.00 | Cash Withdrawal |
| 06/13/2006 | JV Tools | Martha Estrada | $ 5,000.00 | Check from JV Tools to Martha Estrada |
| 02/09/2007 | Coolrelic | JV | $ 25,000.00 | Wire from Coolrelic to JV |
| 02/09/2007 | Coolrelic | JV | $ 7,000.00 | Wire from Coolrelic to JV |
| 02/09/2007 | JV | Tan Vo | $ 5,000.00 | Check from JV to Tan Vo |
| 02/09/2007 | JV | Tan Vo | $ 5,000.00 | Check from JV to Tan Vo |
| 02/09/2007 | JV | Thuy Dang | $ 1,481.00 | Check from JV to Thuy Dang |
| 02/09/2007 | JV | Countrywide | $ 2,009.00 | Check from JV to Countrywide |

All in violation of Title 18, United States Code, Section 1956(h).

**COUNTS THREE THROUGH TWENTY-TWO:**     (18 U.S.C. § 1957 – Monetary Transactions Using Criminally Derived Property)

10.    The factual allegations contained in paragraphs 2 through 5 of Count One of this Indictment are re-alleged and incorporated as if fully set forth here.

11.    On or about the dates listed below, in the Northern District of California, the defendants, as named in each of Counts Three through Twenty-Two, did knowingly engage in a monetary transaction by, through, or to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, said property having in fact been derived from specified unlawful activity, *i.e.*, interstate transportation of stolen property:

| COUNT | DATE | DEFENDANT | AMOUNT | TRANSACTION |
|---|---|---|---|---|
| 3 | 06/07/2006 | JULES VO | $ 10,769.52 | Check to DISCOVER |
| 4 | 01/13/2006 | JULES VO | $ 14,000.00 | Check to MK DIAMOND PRODUCTS INC |
| 5 | 02/21/2007 | JULES VO | $ 12,058.00 | Check for 2000 SENTER RD |
| 6 | 02/21/2007 | JULES VO | $ 12,058.00 | Check for 2000 SENTER ROAD |
| 7 | 02/27/2007 | JULES VO | $ 12,974.33 | Check to AMEX EXP |
| 8 | 02/13/2007 | JULES VO | $ 20,000.00 | Check to CITY BANK |

INDICTMENT                                                    9

| 9 | 01/22/2007 | JULES VO | $ | 50,000.00 | Check to CITIBANK |
|---|---|---|---|---|---|
| 10 | 04/27/2006 | NGUYEN TRAN | $ | 27,401.00 | Check to B of A |
| 11 | 02/14/2006 | NGUYEN TRAN | $ | 30,000.00 | Check to B of A |
| 12 | 03/09/2006 | NGUYEN TRAN | $ | 30,000.00 | Check to B of A |
| 13 | 03/20/2006 | NGUYEN TRAN | $ | 30,000.00 | Check to B of A |
| 14 | 03/30/2006 | NGUYEN TRAN | $ | 30,000.00 | Check to B of A |
| 15 | 04/12/2006 | NGUYEN TRAN | $ | 30,000.00 | Check to B of A |
| 16 | 08/28/2006 | NGUYEN TRAN | $ | 30,000.00 | Check to B of A |
| 17 | 10/27/2006 | NGUYEN TRAN | $ | 30,000.00 | Check to B of A |
| 18 | 12/15/2006 | NGUYEN TRAN | $ | 39,000.00 | Check to Citibank |
| 19 | 02/24/2006 | NGUYEN TRAN | $ | 40,000.00 | Check to B of A |
| 20 | 08/11/2006 | NGUYEN TRAN | $ | 40,000.00 | Check to B of A |
| 21 | 10/06/2006 | NGUYEN TRAN | $ | 40,000.00 | Check to B of A |
| 22 | 06/19/2006 | NGUYEN TRAN | $ | 43,000.00 | Check to B of A |

All in violation of Title 18, United States Code, Sections 1957 and 2.

**COUNT TWENTY-THREE THROUGH FIFTY-EIGHT:**    (31 U.S.C. § 5324(a)(3) – Structuring)

12.    The factual allegations contained in paragraphs 2 through 5 of Count One of this Indictment are re-alleged and incorporated as if fully set forth here.

13.    On or about the dates set forth below, in the Northern District of California, the defendants, as named in each of Counts Twenty-Three through Fifty-Eight, knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure, and assist in structuring, the following transactions with domestic financial institutions, and did so while violating another law of the United States and as part of a pattern of illegal activity involving more than $100,000 in a 12-month period;

//

INDICTMENT    10

All in violation of Title 31, United States Code, Section 5324(a)(3); Title 31, Code of Federal Regulations, Section 103.11; and Title 18, United States Code, Section 2.

| COUNT | DATE | DEFENDANT | AMOUNT |
|-------|------|-----------|--------|
| 23 | 07/05/2006 | NGUYEN TRAN | $ 10,000.00 |
| 24 | 07/06/2006 | NGUYEN TRAN | $ 10,000.00 |
| 25 | 10/17/2006 | NGUYEN TRAN | $ 9,500.00 |
| 26 | 10/18/2006 | NGUYEN TRAN | $ 9,500.00 |
| 27 | 01/22/2007 | NGUYEN TRAN | $ 8,000.00 |
| 28 | 01/23/2007 | NGUYEN TRAN | $ 6,000.00 |
| 29 | 02/07/2007 | NGUYEN TRAN | $ 8,000.00 |
| 30 | 02/08/2007 | NGUYEN TRAN | $ 8,000.00 |
| 31 | 02/22/2007 | NGUYEN TRAN | $ 9,000.00 |
| 32 | 02/23/2007 | NGUYEN TRAN | $ 8,000.00 |
| 33 | 01/05/2006 | JULES VO | $ 10,000.00 |
| 34 | 01/06/2006 | JULES VO | $ 10,000.00 |
| 35 | 01/09/2006 | JULES VO | $ 7,000.00 |
| 36 | 01/09/2006 | JULES VO | $ 10,000.00 |
| 37 | 01/10/2006 | JULES VO | $ 10,000.00 |
| 38 | 01/10/2006 | JULES VO | $ 10,000.00 |
| 39 | 01/13/2006 | JULES VO | $ 10,000.00 |
| 40 | 01/13/2006 | JULES VO | $ 10,000.00 |
| 41 | 01/19/2006 | JULES VO | $ 10,000.00 |
| 42 | 01/19/2006 | JULES VO | $ 10,000.00 |
| 43 | 01/20/2006 | JULES VO | $ 10,000.00 |
| 44 | 01/20/2006 | JULES VO | $ 10,000.00 |
| 45 | 01/23/2006 | JULES VO | $ 10,000.00 |
| 46 | 01/23/2006 | JULES VO | $ 10,000.00 |
| 47 | 06/08/2006 | JULES VO | $ 5,000.00 |
| 48 | 06/08/2006 | JULES VO | $ 10,000.00 |
| 49 | 06/14/2006 | JULES VO | $ 5,000.00 |
| 50 | 06/14/2006 | JULES VO | $ 10,000.00 |
| 51 | 07/03/2006 | JULES VO | $ 10,000.00 |
| 52 | 07/03/2006 | JULES VO | $ 10,000.00 |
| 53 | 07/13/2006 | JULES VO | $ 10,000.00 |
| 54 | 07/14/2006 | JULES VO | $ 10,000.00 |
| 55 | 07/20/2006 | JULES VO | $ 10,000.00 |
| 56 | 07/21/2006 | JULES VO | $ 10,000.00 |
| 57 | 07/24/2006 | JULES VO | $ 5,000.00 |
| 58 | 07/24/2006 | JULES VO | $ 10,000.00 |

**COUNTS FIFTY-NINE THROUGH SIXTY-THREE:**    (18 U.S.C. § 2314 – Interstate Transportation of Stolen Property)

14    The factual allegations contained in paragraphs 2 through 5 of Count One of this Indictment are re-alleged and incorporated as if fully set forth here. The grand jury further alleges that each shipment referred to in the counts that follow had a value in excess of $5,000.

15    On or about the dates set forth below, in the Northern District of California, the defendants,

> JULES MINH SON VO,
> NHU MAI NGUYEN,
> TAN MINH VO,
> KEVIN VO,
> NGUYEN NHU TRAN, and
> RICHARD KHOI TRAN,

did transport in interstate commerce merchandise of a value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud:

| COUNT | DATE | SHIPPED FROM | SHIPPED TO | DESCRIPTION |
|-------|------|--------------|------------|-------------|
| 59 | 03/21/2006 | Fremont, CA (BAX Shipping) | KMD (New York) | Approx. 30 boxes of OTC/HB merchandise |
| 60 | 03/28/2006 | Fremont, CA (BAX Shipping) | KMD (New York) | Approx. 30 boxes of OTC/HB merchandise sent by "JV Wholesale (Comosuperstore)" |
| 61 | 04/11/2006 | Fremont, CA (BAX Shipping) | KMD (New York) | Approx. 30 boxes of OTC/HB merchandise sent by "JV Wholesale" |
| 62 | 04/26/2006 | Fremont, CA (BAX Shipping) | KMD (New York) | Approx. 30 boxes of OTC/HB merchandise sent by "JV Wholesale (Comosuperstore)" |
| 63 | 05/16/2006 | Fremont, CA (BAX Shipping) | "Straight Shot" (Florida) | Approx. 20 boxes of OTC/HB merchandise sent by "JV Wholesale" |

All in violation of Title 18, United States Code, Sections 2314 and 2.

//

//

//

//

INDICTMENT                    12

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
Forfeiture of Proceeds of Specified Unlawful Activity)

16.     The factual allegations contained in Counts 1 and 59-63 of this Indictment are re-alleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c).

17.     Upon a conviction of any of the offenses alleged in Count 1, or Counts 59 through 63, the defendants,

> JULES MINH SON VO,
> NHU MAI NGUYEN,
> TAN MINH VO,
> KEVIN VO,
> NGUYEN NHU TRAN, and
> RICHARD KHOI TRAN,

shall forfeit to the United States all property, constituting and derived from proceeds traceable to said offenses, including but not limited to the following property:

(a)     **Money Judgment**: a sum of money equal to $5,682,626, representing the gross proceeds obtained as a result of the offense.

(b)     **Two Parcels of Real Property**:

    1.     Real property and improvements located at 1164 Bendmill Way, San Jose, California, further identified with Santa Clara County APN 499-33-026.

    2.     Real property and improvements located at 2534 Brahms Avenue, San Jose, California, further identified with Santa Clara County APN 670-26-026.

(c)     **Vehicle**: A 2000 Chevrolet 4500 box truck, California License Plate Number 6H64195, VIN 4KBC4B1R5YJ803312, registered to Jules Vo.

(d)     **Currency**:

    1.     $22,742, the total amount seized during the execution of search warrants at 1164 Bendmill Way, San Jose, on June 4, 2008.

    2.     $1,575, the total amount seized during the execution of search warrants at 2534 Brahms Avenue, San Jose, on June 4, 2008.

//
//
//

INDICTMENT                              13

(e)    **Bank Accounts**: All United States currency funds or other monetary instruments from the following accounts seized by the United States on or about June 4, 2008, or credited to those accounts during the three-day period covered by the Seizure Warrant dated June 2, 2008:

| BANK | AMOUNT | ACCOUNT NO. | HOLDERS |
|---|---|---|---|
| Technology Credit Union | $ 2,549.75 | # 209636 | Tess Vo and Jules Vo |
| Technology Credit Union | $ 17,753.52 | # 900874 | J.V. Wholesale & Retail |
| Citibank | $ 887.28 | # 040035995568 | Jules M. Vo |
| Bank of America | $ 1,069.62 | # 23551-43074 | Nguyen NhuTran dba Comosuperstore |
| Wells Fargo Bank | $ 61,817.64 | # 888-7018300 | Nguyen Nhu Tran dba Comosuperstore |

18.    If any of said property, as a result of any act or omission of the defendants –

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendants have in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

//
//
//
//
//
//

INDICTMENT                                    14

SECOND FORFEITURE ALLEGATION:   (18 U.S.C. § 982(a)(1) – Money Laundering
Forfeiture)

19.     The factual allegations contained in paragraphs 2-5, 7, 8, 9, and in Counts Three

through Twenty-Two of this Indictment are hereby realleged and by this reference fully

incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code,

Section 982(a)(1).

20.     Upon a conviction of any of the offenses alleged in Counts Three through Twenty-

Two, defendants

JULES MINH SON VO,
NGUYEN NHU TRAN, and
RICHARD KHOI TRAN,

shall forfeit to the United States all property, constituting and derived from proceeds traceable to

said offenses, including but not limited to the following property:

(a)     **Money Judgment**: a sum of money equal to $5,682,626, representing the gross

proceeds obtained as a result of the offense.

(b)     **Two Parcels of Real Property**:

1.      Real property and improvements located at 1164 Bendmill Way, San Jose,
California, further identified with Santa Clara County APN 499-33-026.

2.      Real property and improvements located at 2534 Brahms Avenue, San
Jose, California, further identified with Santa Clara County APN 670-26-
026.

(c)     **Vehicle**: A 2000 Chevrolet 4500 box truck, California License Plate Number

6H64195, VIN 4KBC4B1R5YJ803312, registered to Jules Vo.

(d)     **Currency**:

1.      $22,742, the total amount seized during the execution of search warrants at
1164 Bendmill Way, San Jose, on June 4, 2008.

2.      $1,575, the total amount seized during the execution of search warrants at
2534 Brahms Avenue, San Jose, on June 4, 2008.

(e)     **Bank Accounts**: All United States currency funds or other monetary instruments

from the following accounts seized by the United States on or about June 4, 2008,

or credited to those accounts during the three-day period covered by the Seizure

Warrant dated June 2, 2008:

| BANK | AMOUNT | ACCOUNT NO. | HOLDERS |
|---|---|---|---|
| Technology Credit Union | $ 2,549.75 | # 209636 | Tess Vo and Jules Vo |
| Technology Credit Union | $ 17,753.52 | # 900874 | J.V. Wholesale & Retail |
| Citibank | $ 887.28 | # 040035995568 | Jules M. Vo |
| Bank of America | $ 1,069.62 | # 23551-43074 | Nguyen NhuTran dba Comosuperstore |
| Wells Fargo Bank | $ 61,817.64 | # 888-7018300 | Nguyen Nhu Tran dba Comosuperstore |

21.    If any of said property, as a result of any act or omission of the defendants –

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendants have in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

THIRD FORFEITURE ALLEGATION :    (31 U.S.C. § 5317 (c) – Structuring Forfeiture)

22.    The factual allegations contained in paragraphs 2-5, 7, 8, and in Counts 23 through 58 of this Indictment are hereby realleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to pursuant to Title 31, United States Code, Section 5317(c).

23.    Upon a conviction of any of the offenses alleged in Counts 23 through 58, the defendants,

JULES MINH SON VO,
NGUYEN NHU TRAN, and
RICHARD KHOI TRAN,

INDICTMENT    16

shall forfeit to the United States, pursuant to Title 31, United States Code, Section 5317(c), all right, title and interest in property, real and personal, involved in said violation, or any property traceable to such property, including but not limited to the following:

(a)    **Money Judgment**: a sum of money equal to $5,682,626, representing the gross proceeds obtained as a result of the offense.

(b)    **Two Parcels of Real Property**:

1.    Real property and improvements located at 1164 Bendmill Way, San Jose, California, further identified with Santa Clara County APN 499-33-026.

2.    Real property and improvements located at 2534 Brahms Avenue, San Jose, California, further identified with Santa Clara County APN 670-26-026.

(c)    **Vehicle**: A 2000 Chevrolet 4500 box truck, California License Plate Number 6H64195, VIN 4KBC4B1R5YJ803312, registered to Jules Vo.

(d)    **Currency**:

1.    $22,742, the total amount seized during the execution of search warrants at 1164 Bendmill Way, San Jose, on June 4, 2008.

2.    $1,575, the total amount seized during the execution of search warrants at 2534 Brahms Avenue, San Jose, on June 4, 2008.

(e)    **Bank Accounts**: All United States currency funds or other monetary instruments from the following accounts seized by the United States on or about June 4, 2008, or credited to those accounts during the three-day period covered by the Seizure Warrant dated June 2, 2008:

| BANK | AMOUNT | ACCOUNT NO. | HOLDERS |
|---|---|---|---|
| Technology Credit Union | $   2,549.75 | # 209636 | Tess Vo and Jules Vo |
| Technology Credit Union | $  17,753.52 | # 900874 | J.V. Wholesale & Retail |
| Citibank | $     887.28 | # 040035995568 | Jules M. Vo |
| Bank of America | $   1,069.62 | # 23551-43074 | Nguyen NhuTran dba Comosuperstore |
| Wells Fargo Bank | $  61,817.64 | # 888-7018300 | Nguyen Nhu Tran dba Comosuperstore |

//

24.     If any of said property, as a result of any act or omission of the defendants –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendants have in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 6/18/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch

(Approved as to form: _____ )
                  AUSA Callaway

INDICTMENT              18

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

---

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

*E-FILING*

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

2008 JUN 18 P 1:48

DEFENDANT - U.S.

RICHARD W. WIEKING
JULES MIDNSON VO
U.S. DISTRICT COURT
DISTRICT COURT NUMBER

**CR-08   00402**

RMW
HRL

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

08-70317 PVT

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DAVID R. CALLAWAY

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST    6/4/2008

Or... if Arresting Agency & Warrant were not

Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.

v.

JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

COUNT ONE: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

        Penalties:     5 years imprisonment;
                      $250,000 fine (or twice the gross gain or gross loss);
                      Three years supervised release;
                      $100 special assessment

     DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN..

COUNT TWO:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

        Penalties:     20 years imprisonment;
                      $500,000 fine (or twice the gross gain or gross loss);
                      Three years supervised release;
                      $100 special assessment.

     DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD
KHOI TRAN.

COUNTS THREE THROUGH TWENTY-TWO: Title 18, United States Code, Section
1957 - Monetary Transactions Using Criminally Derived Property

        Penalties:     10 years imprisonment;
                      $250,000 fine (or twice the amount of criminally-derived
                      property);
                      Three years supervised release;
                      $100 special assessment.

     DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN.

**COUNT TWENTY-THREE THROUGH FIFTY-EIGHT**:  Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [ditto, otherwise $250,000 or double the gross gain/loss;
> Three years supervised release;
> $100 special assessment.

DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN

**COUNTS FIFTY-NINE THROUGH SIXTY-THREE**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1)- Money Laundering Forfeiture.

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317(c) – Structuring Forfeiture

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

E-FILING

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUN 18 P 1:48

─── DEFENDANT - U.S. ───

▶ NHU MANG NGUYEN

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DISTRICT COURT NUMBER
NO. DIST. OF CA/SAN JO

CR-08 00402

RMW
HRL

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70317 PVT

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DAVID R. CALLAWAY

─── DEFENDANT ───

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges  ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
                          ☐ No

DATE OF ARREST  ▶   6/4/2008        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶                   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

   If Summons, complete following:
   ☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.

v.

JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

> Penalties:    5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment

DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN..

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

> Penalties:    20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN.

**COUNTS THREE THROUGH TWENTY-TWO**: Title 18, United States Code, Section 1957 - Monetary Transactions Using Criminally Derived Property

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived property);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN.

**COUNT TWENTY-THREE THROUGH FIFTY-EIGHT**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [ditto,
> otherwise $250,000 or double the gross gain/loss;
> Three years supervised release;
> $100 special assessment.

DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN

**COUNTS FIFTY-NINE THROUGH SIXTY-THREE**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1)- Money Laundering Forfeiture.

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317(c) – Structuring Forfeiture

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

*E-FILING*

PENALTY:
SEE PENALTY SHEET ATTACHMENT

─── Name of District Court, and/or Judge/Magistrate Location ───
ORIGINAL
NORTHERN DISTRICT OF CALIFORNIA

08 JUN 18 PM 1:48

DEFENDANT, U.S.
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

DISTRICT COURT NUMBER

**CR-08 00402**

RMW

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

08-70317 PVT

Name and Office of Person
Furnishing Information on
THIS FORM    JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    DAVID R. CALLAWAY

─── DEFENDANT ───

IS *NOT* IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges    MRL

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST    6/4/2008    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.

v.

JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

COUNT ONE: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

> Penalties:      5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment

DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN..

COUNT TWO:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

> Penalties:      20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD
KHOI TRAN.

COUNTS THREE THROUGH TWENTY-TWO: Title 18, United States Code, Section
1957 - Monetary Transactions Using Criminally Derived Property

> Penalties:      10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived
> property);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN.

**COUNT TWENTY-THREE THROUGH FIFTY-EIGHT**:  Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:     10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [ditto, otherwise $250,000 or double the gross gain/loss;
> Three years supervised release;
> $100 special assessment.


DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN

**COUNTS FIFTY-NINE THROUGH SIXTY-THREE**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property

> Penalties:     10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.


DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1)- Money Laundering Forfeiture.

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317(c) – Structuring Forfeiture

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

───── OFFENSE CHARGED ─────
SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

*E-FILING*

PENALTY:
SEE PENALTY SHEET ATTACHMENT

**2008 JUN 18 P 1:48**

─ DEFENDANT - U.S.

▶ TAN MINH VO

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DISTRICT COURT NUMBER DIST. OF CA. S.J.

**RMW**

**CR-08 00402**    **HRL**

───── PROCEEDING ─────
Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:                    SHOW
   ☐ U.S. Att'y  ☐ Defense      DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant                     MAGISTRATE
☑ prior proceedings or appearance(s)   CASE NO.
   before U.S. Magistrate regarding
   this defendant were recorded under   08-70317 PVT

Name and Office of Person
Furnishing Information on      JOSEPH P. RUSSONIELLO
   THIS FORM
                               ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
   (if assigned)               DAVID R. CALLAWAY

─────────── DEFENDANT ───────────

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other    }  ☐ Fed'l  ☐ State
      charges
      If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes   If "Yes"
been filed?     ☐ No    give date
                        filed
                        Month/Day/Year

**DATE OF**
**ARREST**      6/4/2008

Or... if Arresting Agency & Warrant were not
                        Month/Day/Year
**DATE TRANSFERRED** ▶
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─────── ADDITIONAL INFORMATION OR COMMENTS ───────

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

                        Date/Time:
                        Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.

v.

JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Commit Interstate
Transportation of Stolen Property

> Penalties:  5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment

DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN..

**COUNT TWO**:  Title 18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

> Penalties:  20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD
KHOI TRAN.

**COUNTS THREE THROUGH TWENTY-TWO**: Title 18, United States Code, Section
1957 - Monetary Transactions Using Criminally Derived Property

> Penalties:  10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived
> property);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN.

**COUNT TWENTY-THREE THROUGH FIFTY-EIGHT**: Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [ditto,
> otherwise $250,000 or double the gross gain/loss;
> Three years supervised release;
> $100 special assessment.

DEFENDANTS: JULES MINH SON VO and NGUYEN NHU TRAN

**COUNTS FIFTY-NINE THROUGH SIXTY-THREE**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1)- Money Laundering Forfeiture.

DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317(c) – Structuring Forfeiture

DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

E-FILING

PENALTY:
SEE PENALTY SHEET ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

FILED

NORTHERN DISTRICT OF CALIFORNIA

2008 JUN 18 P 1:49

— DEFENDANT - U.S.

RICHARD W. WIEKING
KEVIN NG
U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA
DISTRICT COURT NUMBER

RMW

# CR - 08   00402

HRL

— DEFENDANT —

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
                           ☐ No

DATE OF ARREST    6/4/2008    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

— PROCEEDING —

Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                    SHOW
   ☐ U.S. Att'y  ☐ Defense   DOCKET NO.
☐ this prosecution relates to a     }
pending case involving this same
defendant                     MAGISTRATE
☑ prior proceedings or appearance(s)   CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under   08-70317 PVT

Name and Office of Person
Furnishing Information on    JOSEPH P. RUSSONIELLO
THIS FORM
                            ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    DAVID R. CALLAWAY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.

v.

JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**COUNT ONE:** Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

> Penalties:      5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment

**DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN..**

**COUNT TWO:** Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

> Penalties:      20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

**DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN.**

**COUNTS THREE THROUGH TWENTY-TWO:** Title 18, United States Code, Section 1957 – Monetary Transactions Using Criminally Derived Property

> Penalties:      10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived property);
> Three years supervised release;
> $100 special assessment.

**DEFENDANTS: JULES MINH SON VO and NGUYEN NHU TRAN.**

**COUNT TWENTY-THREE THROUGH FIFTY-EIGHT:** Title 31, United States Code, Section 5324(a)(3) – Structuring.

<div style="margin-left:2em">

Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years]; $500,000 fine (or twice the gross gain or gross loss) [ditto, otherwise $250,000 or double the gross gain/loss; Three years supervised release; $100 special assessment.

</div>

DEFENDANTS: JULES MINH SON VO and NGUYEN NHU TRAN

**COUNTS FIFTY-NINE THROUGH SIXTY-THREE:** Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property

<div style="margin-left:2em">

Penalties:    10 years imprisonment; $250,000 fine (or twice the gross gain or gross loss); Three years supervised release; $100 special assessment.

</div>

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**FORFEITURE ALLEGATION:** Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1)-Money Laundering Forfeiture.

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317(c) – Structuring Forfeiture

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

E-FILING

CR-

**DEFENDANT** 2008 JUN 18 P 1:47

NGUYEN NICHARDW. WIEKING
CLERK
DISTRICT COURT U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

08  00402  RMW

HRL

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

08-70317 PVT

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DAVID R. CALLAWAY

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed  Month/Day/Year

DATE OF ARREST  6/4/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.

v.

## JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**COUNT ONE:** Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

> Penalties:   5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment

**DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN..**

**COUNT TWO:** Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

> Penalties:   20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

**DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN.**

**COUNTS THREE THROUGH TWENTY-TWO:** Title 18, United States Code, Section 1957 - Monetary Transactions Using Criminally Derived Property

> Penalties:   10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived property);
> Three years supervised release;
> $100 special assessment.

**DEFENDANTS: JULES MINH SON VO and NGUYEN NHU TRAN.**

<u>COUNT TWENTY-THREE THROUGH FIFTY-EIGHT</u>:  Title 31, United States Code,
Section 5324(a)(3) – Structuring.

> Penalties:   10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [ditto,
> otherwise $250,000 or double the gross gain/loss;
> Three years supervised release;
> $100 special assessment.

DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN

<u>COUNTS FIFTY-NINE THROUGH SIXTY-THREE</u>: Title 18, United States Code, Section
2314- Interstate Transportation of Stolen Property

> Penalties:   10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

<u>FORFEITURE ALLEGATION</u>: Title 18, United States Code, Section 981(a)(1)(C) and
Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

<u>SECOND FORFEITURE ALLEGATION</u> : Title 18, United States Code, Section 982(a)(1)-
Money Laundering Forfeiture.

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and
RICHARD KHOI TRAN

<u>THIRD FORFEITURE ALLEGATION</u> : Title 31, United States Code, Section 5317(c) –
Structuring Forfeiture

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and
RICHARD KHOI TRAN

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 JUN 18 P 1: 49

### OFFENSE CHARGED

SEE PENALTY SHEET ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
SEE PENALTY SHEET ATTACHMENT

E-FILING

**DEFENDANT - U.S.**

RICHARD W. WIEKING

► RICHARD KHATRAN
U.S. DISTRICT COURT
NO. DIST. OF CA.

**DISTRICT COURT NUMBER**

CR-08 00402 RMW
HRL

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

S/A JOHN BARG-SJPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70317 PVT

Name and Office of Person Furnishing Information on THIS FORM      JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)      DAVID R. CALLAWAY

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges  ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed      ___ Month/Day/Year

**DATE OF ARREST**  ►  6/4/2008

Or... if Arresting Agency & Warrant were not      ___ Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**  ►

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: ___

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: ___

Before Judge: ___

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.

v.

**JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO,
KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,**

**COUNT ONE:** Title 18, United States Code, Section 371- Conspiracy to Commit Interstate Transportation of Stolen Property

> Penalties:    5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment

**DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN..**

**COUNT TWO:** Title 18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

> Penalties:    20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

**DEFENDANTS: JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN.**

**COUNTS THREE THROUGH TWENTY-TWO:** Title 18, United States Code, Section 1957 - Monetary Transactions Using Criminally Derived Property

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the amount of criminally-derived property);
> Three years supervised release;
> $100 special assessment.

**DEFENDANTS: JULES MINH SON VO and NGUYEN NHU TRAN.**

**COUNT TWENTY-THREE THROUGH FIFTY-EIGHT**:  Title 31, United States Code, Section 5324(a)(3) – Structuring.

> Penalties:    10 years imprisonment [enhanced penalty; otherwise 5 years];
> $500,000 fine (or twice the gross gain or gross loss) [ditto,
> otherwise $250,000 or double the gross gain/loss;
> Three years supervised release;
> $100 special assessment.


DEFENDANTS:  JULES MINH SON VO and NGUYEN NHU TRAN

**COUNTS FIFTY-NINE THROUGH SIXTY-THREE**: Title 18, United States Code, Section 2314- Interstate Transportation of Stolen Property

> Penalties:    10 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.


DEFENDANTS: JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**FORFEITURE ALLEGATION**: Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

DEFENDANTS:  JULES MINH SON VO, NHU MAI NGUYEN, TAN MINH VO, KEVIN VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN,

**SECOND FORFEITURE ALLEGATION** : Title 18, United States Code, Section 982(a)(1)- Money Laundering Forfeiture.

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN

**THIRD FORFEITURE ALLEGATION** : Title 31, United States Code, Section 5317(c) – Structuring Forfeiture

DEFENDANTS:  JULES MINH SON VO, NGUYEN NHU TRAN, and RICHARD KHOI TRAN