***E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00402-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- TAN MINH VO, JULES MINH SON VO, KEVIN VO, NGUYEN NHU TRAN & RICHARD KHOI TRAN (P) ©
**APPEARANCES:**

**PLTF:** AUSA: D. Callaway     **DEFT:** V. Young, R. Pointer, A. Schwartz, J. Fong, J. Gordon

**COURT ACTION: STATUS HEARING**

Hearing Held. Defendant Jules Minh Son Vo moved for substitution of counsel. Defendant was voir dired. The Court approved the substitution and Richard Pointer is hereby appointed as counsel of record for defendant Jules Minh Son Vo. Nelson McElmurry is relieved from the case. There may be an issue of relation with case CR-08-00401-JF. All parties agree that the cases are not related. The Court to issue an order for Judge Fogel to consider relating the cases. The Court continued this matter to 8/11/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to to 8/11/08. Government to prepare exclusion order.

*/s/ Jackie Garcia*
**JACKIE GARCIA**
**Courtroom Deputy**