IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JULES MINH SON VO, et al.,<br><br>　　　　　Defendants. | *E-FILED - 7/8/08*<br><br>Case Nos. CR-08-00402 RMW<br>　　　　　CR-08-00401 JF<br><br>NOTICE OF POSSIBLE RELATED CASES |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TRUC QUOC LE, et al.,<br><br>　　　　　Defendants. | |

On June 30, 2008 at the initial status conference before the undersigned in case # CR-08-00402, the Government stated that the above cases might be considered related. Although none of the parties intend to file a notice of related case, the court notifies Judge Fogel, who has the lower numbered case, of the Government's advice so that he can determine whether he wants to relate the cases. Defendants advised that if the court is going to consider relating the cases, they want an opportunity to be heard on the issue.

The undersigned has not reviewed the cases and, therefore, expresses no opinion on whether they are related.

DATED:　7/2/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

NOTICE OF POSSIBLE RELATION
CR-08-00401 JF
CR-08-00402 RMW

1
2   Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF POSSIBLE RELATION
CR-08-00401 JF
CR-08-00402 RMW

2