***E-FILED***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Clanton

**DATE:** August 11, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00402-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- TAN MINH VO, JULES MINH VO,
   **APPEARANCES:**                       KEVIN VO, NGUYEN NHU TRAN &
                                          RICHARD KHOI TRAN   (P)

**PLTF:** AUSA: D. Callaway          **DEFT:** V. Young, R. Pointer, A. Schwartz,
                                          J. Fong, J. Fong for J. Gordon

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government has provided discovery to the defense. Discovery is very voluminous and defense counsel is still reviewing the discovery. The Court continued this matter to 10/6/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 10/6/08. Government to prepare exclusion order. The Court has determined the case complex.**

                              */s/ Jackie Garcia*
                              **JACKIE GARCIA**
                              **Courtroom Deputy**